No. 92–8418. BRYANT *v.* BRYANT. Sup. Ct. Conn. Certiorari denied.

No. 92–8446. NGUYEN *v.* GREEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–8459. TURNER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8463. VICTORIA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8479. MARTIN *v.* AVERY, JUDGE, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–8487. JERNIGAN *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–8489. BUTCHKAVITZ *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 92–8490. BANKS *v.* KCTV–5 ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–8534. BALLARD *v.* LANHAM, COMMISSIONER, MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–8537. NKOP *v.* VAN RUNKLE ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–8563. ROCHEVILLE *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 92–8600. COLE *v.* FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 92–8601. ANDA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8608. DEAVERS *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.